ACCEPTED
14-14-00254-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/13/2015 4:37:53 PM
CHRISTOPHER PRINE
CLERK

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1,2]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]
CHRISTOPHER R. TESKE[1,2]
WILLIAM A. BAROUSSE[1,2]
MICHAEL E. HILL[1,2]
TARA E. CLEMENT[1,2]
EMILY E. EAGAN[1,2]

MICHAEL D. CANGELOSI
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
SIMONE MANUEL ALMON
JAMESON M. TAYLOR
MATTHEW F. MORGAN
VICTORIA E. EMMERLING

FORTY-EIGHTH FLOOR

ONE SHELL SQUARE

701 POYDRAS STREET

**NEW ORLEANS, LOUISIANA 70139-4800**

TELEPHONE (504) 561-0400

FACSIMILE (504) 561-1011

WWW.GLLLAW.COM

———

HOUSTON OFFICE:

SUITE 750

1177 WEST LOOP SOUTH

HOUSTON, TEXAS 77027-9064

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

April 13, 2015

WRITER'S E-MAIL ADDRESS: CFIELDS@GLLLAW.COM
DIRECT DIAL: (832) 255-6004

MEGAN A. CAMBRE
ERIC S. CHARLESTON[6]
CAITLIN J. HILL[3]
BRADLEY J. SCHWAB
SANDY G. HOY
MARGARET V. GLASS[2]
DALLAS V. COOK[4]

OF COUNSEL
JANET H. ASCHAFFENBURG
J. MICHAEL DIGIGLIA[5]
CHARLOTTE A. FIELDS[4]
GINA S. MONTGOMERY
ALISTAIR M. WARD

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN COLORADO
[6] ALSO ADMITTED IN NEW YORK
   AND WASHINGTON, D.C.
[7] ONLY ADMITTED IN TEXAS
   AND MONTANA

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 4:37:53 PM
CHRISTOPHER A. PRINE
Clerk

Hon. Christopher Prine
Clerk, Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> RE: Case No. 14-14-00254-CV, *Liberty Surplus Insurance Corporation and Commerce & Industry Insurance Company v. Exxon Mobil Corporation*
> Our Client Matter No: 0101-14-2

Dear Mr. Prine:

This correspondence is to advise the Court that Robert I. Siegel will present oral argument on behalf of Appellant Commerce & Industry Insurance Company on Thursday, April 30, 2015.

Thank you.

Very truly yours,

Charlotte A. Fields

CAF/knf

Cc:     All Counsel of Record – *Via Electronic Filing*